[No. ——. In Bank. — October 17, 1891.]

M. DENNIS, PETITIONER, v. SUPERIOR COURT OF LOS ANGELES COUNTY, RESPONDENT.

CORPORATIONS — LIABILITY OF STOCKHOLDERS — OBLIGATION ARISING UPON CONTRACT — CONSTRUCTION OF CODE — JURISDICTION OF JUSTICE'S COURT.— The personal liability of the stockholder of a corporation for his proportion of the indebtedness of the corporation is an obligation arising upon contract, within the meaning of section 112 of the Code of Civil Procedure, giving original jurisdiction to a justice's court in actions arising upon contract for the recovery of money, when the amount claimed is less than three hundred dollars.

APPLICATION for writ of prohibition against the Superior Court of Los Angeles County.

The nature of the case appears in the opinion of the court.

*Wells, Munroe & Lee*, for Petitioner.

*Houx & Haynes*, for Respondent.

The COURT.— We think that the personal liability of a stockholder of a corporation for his proportion of the

indebtedness of the corporation is an obligation arising upon contract, within the meaning of section 112 of the Code of Civil Procedure, giving original jurisdiction to a justice's court in actions arising upon contract for the recovery of money, when the amount claimed is less than three hundred dollars.

The court of appeals of Maryland had before it the question of the nature of such a liability upon the part of a stockholder, in *Norris* v. *Wrenschall*, 34 Md. 492, and in that case it was held to be an obligation so far *ex contractu* as fairly to come within the spirit and intent of a statute intended to facilitate the recovery of judgments in suits " when the cause of action is a contract, whether in writing or not, or whether express or implied."

We are satisfied with the conclusion there reached.

It follows that the application for the writ applied for herein must be denied, and it is so ordered.